UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAOLA CANAS,

    Plaintiff,

v.                                      Case No. 3:16-cv-393-J-32JRK

FLASH DANCERS, INC.,

    Defendant.

_____

## VERDICT

We, the Jury, return the following verdict:

### Section One - Violation of the Lanham Act, 15 U.S.C. § 1125(a): False Advertising

1. Was Flash Dancers, Inc.'s advertising featuring Plaintiff Paola Canas false or misleading? (*If your answer is "Yes" to this question, proceed to number 2; if, you answer "No," then you do not need to answer any more questions in this section and you should proceed to Section Two*)

      ✓ Yes             ___ No

2. Did Flash Dancers, Inc.'s advertising featuring Plaintiff Paola Canas deceive, or have the capacity to deceive, consumers? (*If you answer "Yes," proceed to number 3; if you answer "No," then you do not need to answer any more questions in this section and you should proceed to Section Two*)

      ✓ Yes             ___ No

3. Did Flash Dancers, Inc.'s deceptive advertising featuring Plaintiff Paola Canas have a material effect on consumers' purchasing decisions? (*If your answer is "Yes" to this question, proceed to number 4; if you answer "No," then you do not need to answer any more questions in this section and you should proceed to Section Two*)

✓ Yes  ____ No

4. Did the product or service misrepresented by Flash Dancers, Inc. affect or involve interstate commerce? (*If your answer is "Yes" to this question, proceed to number 5; if you answer "No," then you do not need to answer any more questions in this section and you should proceed to Section Two*)

✓ Yes  ____ No

5. Did Plaintiff Paola Canas suffer actual damages as a result of Flash Dancers, Inc.'s advertising featuring her image? (*After answering this question, proceed to number 6*)

____ Yes  ✓ No

If your answer is "Yes," in what amount?

$_____

6. Was Flash Dancers, Inc.'s conduct of using Plaintiff Paola Canas's trademark willful and deliberate, was Flash Dancers, Inc. unjustly enriched, or is the award of Flash Dancers, Inc.'s profits necessary to deter future conduct?

____ Yes  ✓ No

If your answer is "Yes," in what amount?

$_____

*If you answered "No" for both questions 5 and 6, then proceed to number 7; if you answered "Yes" to either question or both, proceed to Section Two)*

2

7. Even though Plaintiff Paola Canas has not been awarded any actual monetary damages or Flash Dancers, Inc.'s profits, is Plaintiff Paola Canas entitled to nominal damages as a result of any of Flash Dancers, Inc.'s infringement of her trademark? (*When you have finished this question, proceed to Section Three*)

✓ Yes  ____ No

If your answer is "Yes," in what amount?

$ 2,500.00

### Section Two - Violation of the Lanham Act, 15 U.S.C. § 1125(a): False Endorsement

1. Does Plaintiff Paola Canas have trademark rights in her name, image, or likeness that is entitled to protection? (*If your answer is "Yes" to this question, proceed to number 2; if you answer "No," then you do not need to answer any more questions in this section and you should proceed to Section Three*)

✓ Yes  ____ No

2. Has Plaintiff Paola Canas proven by a preponderance of the evidence that Flash Dancers, Inc.'s use of her name, image, or likeness in Flash Dancers, Inc.'s advertisements was likely to cause confusion among consumers as to the affiliation, connection, or association between Paola Canas and Flash Dancers, Inc., or as to Paola Canas's sponsorship or approval of Flash Dancers, Inc.? (*If your answer is "Yes" to this question, proceed to number 3; if you answer "No," then you do not need to answer any more questions in this section and you should proceed to Section Three*)

✓ Yes  ____ No

3

3. Did Plaintiff Paola Canas suffer any actual damages as a result of the Flash Dancers, Inc.'s use of her trademark? (*After answering this question, proceed to number 4*)

   \_\_\_\_\_Yes     ✓ No

If your answer is "Yes," in what amount?

$_____

4. Was Flash Dancers, Inc.'s conduct of using Plaintiff Paola Canas's trademark willful and deliberate, Flash Dancers, Inc. unjustly enriched, or is the award of Flash Dancers, Inc.'s profits necessary to deter future conduct?

   \_\_\_\_\_Yes     ✓ No

If yes, in what amount?

$_____

*If you answered "No" for both questions 3 and 4, then proceed to number 5; if you answered "Yes" to either question or both, proceed to Section Three)*

5. Even though Plaintiff Paola Canas has not been awarded any actual monetary damages or Flash Dancers, Inc.'s profits, is Plaintiff Paola Canas entitled to nominal damages as a result of Flash Dancers, Inc.'s infringement of her trademark? (*When you have finished this question, proceed to Section Three*)

    ✓ Yes    \_\_\_\_\_No

If your answer is "Yes," in what amount?

$ 2,500.00

### Section Three - Violation of Fla. Stat. § 540.08 and Common Law: Misappropriation of Name or Likeness

1. The Court has found as a matter of law that Flash Dancers, Inc. is liable for unauthorized misappropriation of Plaintiff Paola Canas's image. Thus, you will only consider the issue of damages. What is the amount of damages that should be awarded to Plaintiff Paola Canas for the misappropriation of her image?

Actual Damages (excluding a reasonable royalty):

$ __0__

Reasonable Royalty:

$ __5,000.00__

### Section Four - Unjust Enrichment

1. Was Flash Dancers, Inc. unjustly enriched from using Plaintiff Paola Canas's image?

____Yes         __✓__No

If yes, in what amount has Flash Dancers, Inc. been unjustly enriched that should be returned to Plaintiff Paola Canas?

$ _____

*After answering this question, the foreperson should sign and date this verdict form, and you should proceed to any remaining verdict forms.*

SO SAY WE ALL this __29__ day of July, 2019.

_[signature]_
Foreperson

5