**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PAOLA CANAS,

    Plaintiff,

v.                                              Case No. 3:16-cv-393-J-32JRK

FLASH DANCERS, INC.,

    Defendant.

---

## JUDGMENT

Pursuant to the jury's verdict, (Doc. 99), and the Court's rulings, (Doc. 108), judgment as to Counts I, II, III, and IV of the Second Amended and Consolidated Complaint is hereby entered in favor of Plaintiff Paola Canas and against Defendant Flash Dancers, Inc. in the total amount of $10,000, plus post-judgment interest. Judgment as to Count VII is hereby entered in favor of Defendant Flash Dancers, Inc. and against Plaintiff Paola Canas.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of August, 2019.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

Copies:
Counsel of Record