# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROSIE JONES,

    Plaintiff,

v.                                                                               Case No. 3:16-cv-393-J-32JRK

FLASH DANCERS, INC.,

    Defendant.

## **JUDGMENT**

Pursuant to the jury's verdict, (Doc. 102), and the Court's rulings, (Doc. 108), judgment as to Counts I, II, III, and IV of the Second Amended and Consolidated Complaint is hereby entered in favor of Plaintiff Rosie Jones and against Defendant Flash Dancers, Inc. in the total amount of $10,000, plus post-judgment interest. Judgment as to Count VII is hereby entered in favor of Defendant Flash Dancers, Inc. and against Plaintiff Rosie Jones.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of August, 2019.

                                                                TIMOTHY J. CORRIGAN
                                                                 United States District Judge

Copies:
Counsel of Record