# EXHIBIT "A"



Ludmila Khomiak <mila@casaslawfirm.com>

## Fwd: Updated CHART.docx

**From:** "Curtis, John" <CURTISJ5@nationwide.com>
**Date:** September 26, 2018 at 2:49:57 PM CDT
**To:** Joseph Casas <joseph@casaslawfirm.com>
**Cc:** "dennis@casalawfirm.com" <dennis@casalawfirm.com>, Luke Lirot <luke2@lirotlaw.com>
**Subject: RE:  Re: Updated CHART.docx**

I suggest you read my question to Mila and answer them.

---

**From:** Joseph Casas [mailto:joseph@casaslawfirm.com]
**Sent:** Wednesday, September 26, 2018 12:48 PM
**To:** Curtis, John <CURTISJ5@nationwide.com>
**Cc:** dennis@casalawfirm.com; Luke Lirot <luke2@lirotlaw.com>
**Subject:** [EXTERNAL] Re: Updated CHART.docx

John. I have no clue where this is coming from and this is catching me off guard.

I will call Mr Lirot to see what's going on but there seems to be a misunderstanding and I promise you there's no attempt to play games on our end here.

Thank you,

Joseph N. Casas, JD, MBA

Managing Partner & Chief Litigator

**The Casas Law Firm, PC**

Main: (855) 267-4457 | Fax: (855) 220-9626 | www.casaslawfirm.com

On Sep 26, 2018, at 2:44 PM, Curtis, John <CURTISJ5@nationwide.com> wrote:

You just could not avoid being greedy could you?

**From:** Curtis, John
**Sent:** Wednesday, September 26, 2018 12:25 PM
**To:** 'Ludmila Khomiak' <mila@casaslawfirm.com>
**Cc:** 'Luke Lirot' <luke2@lirotlaw.com>
**Subject:** FW: [EXTERNAL] FW: Updated CHART.docx

Mila,

**Please be advised yesterday's global settlement is OFF. Frankly I am tired of your bad faith tactics.**

It was my understanding that each of the cases would be dismissed- now you are asking for more money on cases we settled.

Did you think it was our intent to settle cases and leave our insured's exposed to continuing liability?

Did you think I agreed to settle and yet was going to continue to defend our insureds?

Please feel free to call me if you have any questions.

Have a nice day.

**John Curtis**

Sr. Claim Specialist

E&S Specialty Claims

W 480-365-2783 l 800-423-7675 ext 2783

[Curtisj5@nationwide.com](mailto:Curtisj5@nationwide.com)

Mail Code: S2-1C-112G

---

**From:** Luke Lirot [mailto:luke2@lirotlaw.com]
**Sent:** Wednesday, September 26, 2018 12:18 PM
**To:** Curtis, John <CURTISJ5@nationwide.com>
**Cc:** jimmy@lirotlaw.com; krista@lirotlaw.com; 'Office of Luke Lirot' <office@lirotlaw.com>
**Subject:** [EXTERNAL] FW: Updated CHART.docx

Luke Lirot, Esq.

Law Offices of Luke Lirot, P.A.

2240 Belleair Road, Suite 190

Clearwater, FL 33764

727-536-2100 Office

727-536-2110 Facsimile

　　<image001.png>

The information contained in this Email and any attachments hereto is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, and may be privileged and confidential,

intended only for the use of the individual or entity to whom it has been addressed. If this Email has been received in error, you are hereby on notice that you are in possession of confidential information and that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by Email. Please also delete this message from your computer.

**From:** Joseph Casas [mailto:joseph@casaslawfirm.com]
**Sent:** Wednesday, September 26, 2018 11:28 AM
**To:** luke2@lirotlaw.com
**Cc:** Mila Khomiak <mila@casaslawfirm.com>; Dennis Postiglione <dennis@casaslawfirm.com>
**Subject:** Updated CHART.docx

Luke. You expressed getting the same deal on the ones that didn't make it in with Nationwide.

Now is the time before more time is spent on our end. The lower the amount of girls on a case the harder it is to do a "bulk sale". Please look at this and tell us which ones you want to deal.

Let's talk soon about this plz.

Thanks,