# EXHIBIT "B"



Ludmila Khomiak &lt;mila@casaslawfirm.com&gt;

# Stipulation : Case 3:16-cv-00393-TJC-JRK Paola Canas et al v. Flash Dancers, Inc. et al

14 messages

---

**Ludmila Khomiak** &lt;mila@casaslawfirm.com&gt;      Mon, Jul 15, 2019 at 11:10 AM
To: Luke Lirot &lt;luke2@lirotlaw.com&gt;, Office of Luke Lirot &lt;office@lirotlaw.com&gt;, Sean Colon &lt;Sean@lirotlaw.com&gt;, Tracy Jurgus &lt;tjurgus@butler.legal&gt;

Good morning,

Luke, as always, it was good to see you today and thank you for the coffee.

Tracy, welcome to the case.

Luke, as we discussed, please see attached the proposed stipulation regarding the admissibility of the ads depicting Plaintiffs' images. If you agree with the content of the stipulation, please sign it and return it back to me.

Thank you,

--
Ludmila (Mila) Khomiak, Esq.
Partner, Licensed in Florida

**The Casas Law Firm, PC**    Global Reach. Local Solutions.
Main: (786) 671-3244 | Fax: (786) 671-3243 | www.casaslawfirm.com
Brickell Bayview Center | 80 S.W. 8th Street, Suite 2000 | Miami, FL 33130
California | Florida | Illinois | New York | Texas

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**11 attachments**

📄 **Stipulation.docx**
23K

📄 **Exhibit D - Edmondson.pdf**
392K

📄 **Exhibit A - Canas.pdf**
415K

📄 **Exhibit E - Jones.pdf**
572K

📄 **Exhibit C - Burciaga.pdf**
670K

📄 **Exhibit F - Johnson.pdf**
376K

📄 **Exhibit I - Underwood.pdf**
443K

📄 **Exhibit J - Middleton.pdf**

- **Exhibit H - Lund.pdf**
  1008K
- **Exhibit G - Young.pdf**
  1468K
- **Exhibit B- Posada.pdf**
  2441K

---

**Ludmila Khomiak** <mila@casaslawfirm.com>  Wed, Jul 17, 2019 at 9:44 AM
To: Luke Lirot <luke2@lirotlaw.com>, Office of Luke Lirot <office@lirotlaw.com>, Sean Colon <Sean@lirotlaw.com>

Good morning Luke,

I am following up regarding the attached Stipulation. Please sign it and send it back to me.

Thank you,

[Quoted text hidden]

---

**Luke Lirot** <luke2@lirotlaw.com>  Wed, Jul 17, 2019 at 12:18 PM
To: Ludmila Khomiak <mila@casaslawfirm.com>, Office of Luke Lirot <office@lirotlaw.com>, Sean Colon <Sean@lirotlaw.com>

I do not have the authority to sign the stipulation- My apologies-


Luke Lirot, Esq.

Law Offices of Luke Lirot, P.A.

2240 Belleair Road, Suite 190

Clearwater, FL 33764

727-536-2100 Office

727-536-2110 Facsimile



The information contained in this Email and any attachments hereto is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, and may be privileged and confidential, intended only for the use of the individual or entity to whom it has been addressed. If this Email has been received in error, you are hereby on notice that you are in possession of confidential information and that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by Email. Please also delete this message from your computer.

[Quoted text hidden]