**EXHIBIT "E"**

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| PAOLA CANAS, LINA POSADA, JESSICA BURCIAGA, JAIME EDMONDSON, et al<br>v.<br>FLASH DANCERS, INC. and M.T. PRODUCTIONS IN JACKSONVILLE, INC. | )<br>)<br>)   Case No.: 3:16-CV-00393-TJC-JRK<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/05/2019___ against ___DEFENDANTS___ ,
<br>_Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 800.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 766.92 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 7,349.70 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,874.93 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22,921.50 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,611.00 |
| **TOTAL**   $ | **47,324.05** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _____

Name of Attorney:  Ludmila Khomiak

For: _____Plaintiffs_____          Date: ___08/19/2019___
<br>*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
<br>*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# United States District Court

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Stephen Chamberlin<br>Miami, Florida | 1 | 40.00 | 1 | 124.41 | 698 | 404.84 | $569.25 |
| Martin Buncher<br>Rancho Santa Fe, California | 1 | 40.00 | 2 | 388.24 | 4,712 | 2,732.96 | $3,161.20 |
| Shawn Hopper<br>New Port Richey, Florida | 1 | 40.00 | | | 400 | 232.00 | $272.00 |
| Malu Lund<br>Los Angeles, California | 1 | 40.00 | 1 | 181.47 | 4,822 | 2,802.56 | $3,024.03 |
| Paola Canas<br>Miami, Florida | 1 | 40.00 | 2 | 362.94 | 698 | 404.84 | $807.78 |
| Sara Underwood<br>Portland, Oregon | 1 | 40.00 | 1 | 181.47 | 5,886 | 3,413.88 | $3,635.35 |
| *Continued on next page* | | | | | | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).
**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jamie Eason Middleton<br>Houston, Texas | 1 | 40.00 | 2 | 510.15 | 1,740 | 1,009.20 | $1,559.35 |
| Brooke Taylor Johnson<br>Los Angeles, California | 1 | 40.00 | 1 | 181.47 | 4,822 | 2,802.56 | $3,024.03 |
| Laurie Ann Young a/k/a Laurie Romeo<br>Newport Beach, California | 1 | 40.00 | 3 | 680.20 | 4,820 | 2,795.60 | $3,515.80 |
| Jessica Burciaga<br>Los Angeles, California | 1 | 40.00 | 3 | 510.15 | 4,822 | 2,802.56 | $3,352.71 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $22,921.50 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# PROVEST

**04/29/2016**

4520 SEEDLING CIRCLE
TAMPA, FL  33614-2400

Phone: 813-877-2844 Email: accounts_receivable@provest.us

---

# INVOICE                                    INVOICE NUMBER:      4562699

| CUSTOMER | BILLING INFORMATION | |
|---|---|---|
| CASAS LAW FIRM, P.C.<br>80 S.W. 8TH STREET<br>SUITE 2000<br>MIAMI, FL  33130<br>LUDMILA KHOMIAK | FILE NUMBER:<br>MAIN DEFENDANT:<br><br>PLAINTIFF:<br><br><br>COUNTY: | FLASH DANCERS<br>FLASH DANCERS, INC. D/B/A FLASH DANCERS<br>AND MICHAEL TOMKOVICH, ET AL<br>PAOLA CANAS, LINA POSADA, JESSICA<br>BURCIAGA, JAIME EDMONDSON, AND ROSIE<br>JONES<br>DUVAL |

| STATUS DATE | DESCRIPTION | TAX | CHARGE | TOTAL |
|---|---|---|---|---|
| **FLASH DANCERS, INC. D/B/A FLASH DANCERS** | | | | |
| 04/07/2016 | ISSUE | $0.00 | $0.00 | $0.00 |
| 04/08/2016 | AWAITING SUMMONS TO REROUTE | $0.00 | $0.00 | $0.00 |
| 04/11/2016 | ATTEMPTING SERVICE - 1st Address | $0.00 | $45.00 | $45.00 |
| 04/21/2016 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| **MICHAEL TOMKOVICH** | | | | |
| 04/07/2016 | ISSUE | $0.00 | $0.00 | $0.00 |
| 04/08/2016 | AWAITING SUMMONS TO REROUTE | $0.00 | $0.00 | $0.00 |
| 04/21/2016 | ATTEMPTING SERVICE - 1st Address | $0.00 | $45.00 | $45.00 |
| 04/21/2016 | ATTEMPTING SERVICE - 2nd Address | $0.00 | $45.00 | $45.00 |
| 04/21/2016 | NON-SERVICE | $0.00 | $0.00 | $0.00 |
| 04/21/2016 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL: | $135.00 |
| | TOTAL EXTRA CHARGES: | $0.00 |
| | PREPAID: | $0.00 |
| | TOTAL: | $135.00 |

**PLEASE REMIT PAYMENT TO:**

**PROVEST LLC**
**PO BOX 919415**
**ORLANDO, FL  32891-9415**

# PROVEST

04/22/2016

4520 SEEDLING CIRCLE
TAMPA, FL  33614-2400

Phone: 813-877-2844 Email: accounts_receivable@provest.us

## INVOICE

### INVOICE NUMBER:   4568917

| CUSTOMER | BILLING INFORMATION | |
|---|---|---|
| CASAS LAW FIRM, P.C.<br>80 S.W. 8TH STREET<br>SUITE 2000<br>MIAMI, FL  33130<br>LUDMILA KHOMIAK | FILE NUMBER:<br>MAIN DEFENDANT:<br><br>PLAINTIFF:<br><br><br><br>COUNTY: | THEE OFFICERS CLUB<br>M.T. PRODUCTIONS IN JACKSONVILLE, INC., D/B/A<br>THEE OFFICERS CLUB, ET AL<br>BROOKE TAYLOR A/K/A BROOKE JOHNSON,<br>LAURIE ANN YOUNG, MALU LUND, SARA<br>UNDERWOOD, AND JAMIE EASON A/K/A JAMIE<br>MIDDLETON<br>DUVAL |

| STATUS DATE | DESCRIPTION | TAX | CHARGE | TOTAL |
|---|---|---|---|---|
| **MICHAEL TOMKOVICH** | | | | |
| 04/14/2016 | AWAITING SUMMONS TO REROUTE | $0.00 | $0.00 | $0.00 |
| 04/15/2016 | ATTEMPTING SERVICE - 1st Address | $0.00 | $45.00 | $45.00 |
| 04/21/2016 | ATTEMPTING SERVICE - 2nd Address | $0.00 | $45.00 | $45.00 |
| 04/21/2016 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| 04/21/2016 | NON-SERVICE | $0.00 | $0.00 | $0.00 |
| **M.T. PRODUCTIONS IN JACKSONVILLE, INC., D/B/A THEE OFFICERS CLUB** | | | | |
| 04/14/2016 | ISSUE | $0.00 | $0.00 | $0.00 |
| 04/14/2016 | AWAITING SUMMONS TO REROUTE | $0.00 | $0.00 | $0.00 |
| 04/15/2016 | ATTEMPTING SERVICE - 1st Address | $0.00 | $45.00 | $45.00 |
| 04/21/2016 | ATTEMPTING SERVICE - 2nd Address | $0.00 | $45.00 | $45.00 |
| 04/21/2016 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| 04/21/2016 | NON-SERVICE | $0.00 | $0.00 | $0.00 |

|  | | |
|---|---|---|
| SUBTOTAL: | | $180.00 |
| TOTAL EXTRA CHARGES: | | $0.00 |
| PREPAID: | | $0.00 |
| TOTAL: | | $180.00 |

PLEASE REMIT PAYMENT TO:
PROVEST LLC
PO BOX 919415
ORLANDO, FL  32891-9415

# PROVEST

4520 SEEDLING CIRCLE
TAMPA, FL 33614-2400
Phone: 813-877-2844 Email: accounts_receivable@provest.us

**7/30/2019**

## INVOICE

### INVOICE NUMBER: 5565930

| CUSTOMER | BILLING INFORMATION | |
|---|---|---|
| CASAS LAW FIRM, P.C. | FILE NUMBER | FLASH DANCERS JACKSONVILLE TRIAL |
| 80 S.W. 8TH STREET | MAIN DEFENDANT | FLASH DANCERS, INC, ET AL |
| SUITE 2000 | PLAINTIFF | PAOLA CANAS |
| MIAMI FL, 33130 | COUNTY | DADE |
| NONE | DOCUMENT | |

| STATUS DATE | DESCRIPTION | TAX | CHARGE | TOTAL |
|---|---|---|---|---|
| **SHAWN HOPPER** | | $0.00 | $0.00 | $0.00 |
| 07/05/2019 | ISSUE | $0.00 | $45.00 | $45.00 |
| 07/08/2019 | ATTEMPTING SERVICE - 1ST ADDRESS | $0.00 | $0.00 | $0.00 |
| 07/30/2019 | NON-SERVICE | | | |
| **BRYAN COBURN** | | $0.00 | $0.00 | $0.00 |
| 07/05/2019 | ISSUE | $0.00 | $45.00 | $45.00 |
| 07/08/2019 | ATTEMPTING SERVICE - 1ST ADDRESS | $0.00 | $0.00 | $0.00 |
| 07/17/2019 | SERVICE COMPLETE | | | |
| **RICHARD DOROUGH** | | $0.00 | $0.00 | $0.00 |
| 07/05/2019 | ISSUE | $0.00 | $45.00 | $45.00 |
| 07/08/2019 | ATTEMPTING SERVICE - 1ST ADDRESS | $0.00 | $0.00 | $0.00 |
| 07/12/2019 | NON-SERVICE | $0.00 | $45.00 | $45.00 |
| 07/12/2019 | ATTEMPTING SERVICE - 2ND ADDRESS | $0.00 | $0.00 | $0.00 |
| 07/12/2019 | SERVICE COMPLETE | | | |
| **MACK COOPER** | | $0.00 | $0.00 | $0.00 |
| 07/05/2019 | ISSUE | $0.00 | $0.00 | $0.00 |
| 07/08/2019 | ROUTING TO OOS | $0.00 | $145.00 | $145.00 |
| 07/09/2019 | ATTEMPTING SERVICE OUT-OF-STATE - 1ST ADDRESS | $0.00 | $0.00 | $0.00 |
| 07/09/2019 | SERVICE COMPLETE | | | |
| **michael tomkovich** | | $0.00 | $45.00 | $45.00 |
| 07/15/2019 | ATTEMPTING SERVICE - 1ST ADDRESS | $0.00 | $0.00 | $0.00 |
| 07/24/2019 | NON-SERVICE | | | |

| | | |
|---|---|---|
| Subtotal | | $370.00 |
| Total Extra Charges | | $0.00 |
| Prepaid | | $0.00 |
| Skip Trace Subtotal | | $0.00 |
| Total | | $370.00 |

**PLEASE REMIT PAYMENT TO:**
**PROVEST, LLC**
**C/O BANK OF TAMPA**
**P.O. BOX 25096**
**TAMPA, FL 33622**

**UNISOURCE**
DISCOVERY
DIGITAL DOCUMENT RETRIEVAL

**Invoice #: 788787**

**Terms: Net on Receipt**

Remit To: P.O.Box 398457
Miami Beach, FL 33139
tel 866-580-0002 fax 866-580-9070

**Tax ID: 20-5061481**

**Invoice Date: 2/3/2017**

*fc45*

**Billed to:**

The Casas Law Firm, PC
80 SW 8th Street Suite 2000
Miami FL 33130
**ATTN: Sarah M. Cabarcas-Osman, Esq.**

# INVOICE
Ordered by:

The Casas Law Firm, PC
80 SW 8th Street Suite 2000
Miami FL 33130
ATTN: Sarah M. Cabarcas-Osman,

**Case Name:** CIELO JEAN GIBSON; ETAL, V. WHITE'S PLACE, LLC ETA
**Records Of:**
**File Number:**
**Claim Number:**
**Insured:**
**Date of Loss:**

| Order #: | 70273 - 1 | Uploaded Records |
|---|---|---|
| **Location Name:** | Shawn Hooper of Infinity Graphics & Design | |
| **Address:** | 4648 Voorhees Road , New Port Richey FL 34653 | |

| Description | Units | Unit Price | Extension |
|---|---|---|---|
| Premier Package | 1 | $49.00 | $49.00 |
| Digital Delivery | 1 | $5.00 | $5.00 |
| Pages | 16 | $0.00 | $0.00 |
| Custodial Fee | 1 | $17.92 | $17.92 |
| Service of Process | 1 | $10.00 | $10.00 |
| | | Sub Total: | $81.92 |
| | | Sales Tax: | $0.00 |
| | | Invoice Total: | $81.92 |

# This Invoice is now 130 days Overdue.  Please Remit.

**Invoice #: 788787**                    v 3.1                    **Tax ID: 20-5061481**

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



# VERITEXT
LEGAL SOLUTIONS

| | |
|---|---|
| Invoice #: | SD2921853 |
| Invoice Date: | 3/27/2017 |
| Balance Due: | $1,663.70 |

**Bill To:** John Golaszewski
Casas Law Group
80 S.W. 8th Street
Suite 2000
Miami, FL, 33130

| | |
|---|---|
| **Case:** | Gibson, Et Al v. White's Place, LLC Et Al |
| **Job #:** | 2553416 \| Job Date: 3/7/2017 \| Delivery: Normal |
| **Billing Atty:** | John Golaszewski |
| **Location:** | Akerman LLP |
| | 666 Fifth Avenue \| 20th floor, Room 20-103 \| New York, NY 10103 |
| **Sched Atty:** | John Golaszewski \| Casas Law Firm PC |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 258.00 | $1,277.10 |
| | Attendance Fee | 1 | 1.00 | $150.00 |
| | Exhibits | Per Page | 164.00 | $106.60 |
| Mark Zablow | Litigation Package | 1 | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| | |
|---|---|
| **Invoice Total:** | $1,663.70 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,663.70 |

**Notes:**

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*To pay online, go to*
**www.veritext.com**

*Veritext accepts all major credit cards*
*(American Express, Mastercard, Visa, Discover)*

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | SD2921853 |
| Job #: | 2553416 |
| Invoice Date: | 3/27/2017 |
| Balance: | $1,663.70 |

Fed

TERM

49206

Bay Area Court Reporting, Inc.

620 E. Twiggs Street
Suite 305
Tampa, FL 33602



Telephone: (813)229-7207
Toll Free: 866-240-9500
E-mail: Bayareareporting@gmail.com

www.BAR-Tampa.com

**Joseph Casas, Esquire**
**The Casas Law Firm, P.C.**
**402 West Broadway, Suite 400**
**San Diego, California 92101**

# INVOICE

6/2/2017   **INVOICE #**  7DS0602          FED I.D. #59-1955802

**Style:**   Burciaga vs. Gold Club Tampa

| | Description of Charges | Amount |
|---|---|---|
| **Case No.** | Appearance Fee | 435.00 |
| | 1/2 share to Mr.Eckerd | -217.50 |
| **Date of Service:** 5/5/2017 | Original Transcript | 985.50 |
| **Time of Service:** 9:00 - 4:00 pm | Exhibits | 20.60 |
| **Deposition of:** Michael Tomkovich | | |

**Please include Invoice No. in your payment to ensure proper credit.**
**Payment is NOT contingent upon client reimbursement.**
**All costs including, but not limited to, attorney's fee, will be**
**assessed in the event we are forced to take a legal action for**
**delinquent payments. 1.5% interest will be added per month over**          **$1,223.60**
**30 days.**

7DS0602

**Veritext Corp
Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Joseph N. Casas, Esq.<br>Casas Law Group<br>402 West Broadway<br>Suite 400<br>San Diego, CA, 92101 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SD2993998<br>6/7/2017<br>$1,087.95 |

| | |
|---|---|
| **Case:** | Gibson, Et Al v. White's Place, LLC, Et Al |
| **Job #:** | 2614020 \| Job Date: 5/19/2017 \| Delivery: Normal |
| **Billing Atty:** | Joseph N. Casas, Esq. |
| **Location:** | Veritext Ft. Lauderdale |
| | One East Broward Boulevard \| Suite 1101 \| Fort Lauderdale, FL 33301 |
| **Sched Atty:** | Joseph N. Casas, Esq. \| Casas Law Firm PC |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 150.00 | $742.50 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 2.50 | $125.00 |
| Darren Franclemont | Litigation Package | 1 | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $25.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 22.00 | $7.70 |
| | Scanning (Color) | | 17.00 | $12.75 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,087.95 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,087.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

49206

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext
P.O. Box 71303
Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SD2993998 |
| **Job #:** | 2614020 |
| **Invoice Date:** | 6/7/2017 |
| **Balance:** | $1,087.95 |

## Veritext, LLC
## Western Region



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| **Bill To:** | Claire Castle | | |
| | Casas Law Group | **Invoice #:** | SD3868217 |
| | 80 Southwest Eighth St | **Invoice Date:** | 8/10/2019 |
| | Ste 2000 | **Balance Due:** | $2,094.45 |
| | Miami, FL, 33130 | | |

| **Case:** | Paola Canas v. Flash Dances, Inc. |
| **Job #:** | 3451071 | Job Date: 7/5/2019 | Delivery: Normal |
| **Billing Atty:** | Ludmila Khomiak, Esquire Ms. |
| **Location:** | Regus - London |
| | 1 Northumberland Avenue | Trafalgar Square<br>London WC2N 5BW  94105 |
| **Sched Atty:** | Mila Khomiak Esq. | Casas Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Rosie Jones | Original with 1 Certified Transcript | Page | 150.00 | $6.95 | $1,042.50 |
| | Certified Transcript | Page | 59.00 | $3.75 | $221.25 |
| | Attendance Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Exhibits | Per Page | 18.00 | $0.65 | $11.70 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Conference Suite & Amenities | 1 | 1.00 | $275.00 | $275.00 |
| | Travel Expenses | 1 | 1.00 | $9.00 | $9.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $2,094.45 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,094.45 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | SD3868217 |
| **Job #:** | 3451071 |
| **Invoice Date:** | 8/10/2019 |
| **Balance:** | $2,094.45 |

**Veritext, LLC**
**Western Region**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Mila Khomiak Esq. | **Invoice #:** | SD3871776 |
| | Casas Law Group | **Invoice Date:** | 7/29/2019 |
| | 3801 N Capital of Texas Hwy | **Balance Due:** | $1,280.00 |
| | Suite E240, #445 | | |
| | Austin, TX, 78746 | | |

| | |
|---|---|
| **Case:** | Canas v. Flash Dances |
| **Job #:** | 3452008 l Job Date: 7/8/2019 l Delivery: Normal |
| **Billing Atty:** | Mila Khomiak Esq. |
| **Location:** | Veritext - Century City, CA |
| | 2049 Century Park East l Suite 2450 |
| | Century City, CA 90067 |
| **Sched Atty:** | Mila Khomiak Esq. l Casas Law Firm PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 104.00 | $6.20 | $644.80 |
| | Attendance Fee - Per Session | 1 | 2.00 | $75.00 | $150.00 |
| | Surcharge - Extended Hours | Hour | 0.50 | $95.00 | $47.50 |
| | Exhibits - Color | Per Page | 13.00 | $1.50 | $19.50 |
| | Exhibits | Per Page | 48.00 | $0.65 | $31.20 |
| Lina Posada | Surcharge - Video Deposition | Page | 104.00 | $0.50 | $52.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Surcharge - Interpreted Deposition | Page | 1.00 | $150.00 | $150.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,280.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,280.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

49206

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SD3871776 |
| **Job #:** | 3452008 |
| **Invoice Date:** | 7/29/2019 |
| **Balance:** | $1,280.00 |



5800 Beach Blvd
Jacksonville, FL 32207
(904) 396-9192

SALE                    1928633 3 003 86596
                        1053 07/22/19 07:33
QTY SKU         PRICE


4    LEGAL INDEX A-Z WH
     718103124843      7.490ea      29.96
16   STAPLES WHT BG8TAB
     718103060257      9.790ea      156.64
1    SBG ADJ 3HOLE PUNC
     718103197267                   14.99
1    SBG ADJ 3HOLE PUNC
     718103197267                   14.99
          *****Promotion*****
1    SBG FULLSTRIP VALU *
     718103197427                    9.98
1    SBG FULLSTRIP VALU *
     718103197427                    5.99
     * Reg. Price 9.98
     * Item Discount <-3.99>
   Total Promotion Discount <-3.99>
*****************************************
1    SBG FULLSTRIP VALU
     718103197427                    9.98
1    STPLS HD BINDER 5I
     718103338264                   29.99
1    STPLS HD BINDER 5I
     718103338264                   29.99
SUBTOTAL                           302.51
     Standard Tax 7.00%             21.18
TOTAL                            $323.69
VISA DEBIT                   USD$323.69
Card No.: XXXXXXXXXXXX3721 [C]
Chip Read
Auth No.: 072911
AID.: A0000000031010


          TOTAL ITEMS 27
*Item is currently on promotion.  Some
coupons are only valid on regular priced
items.  Please see coupon terms and
conditions for details.


       Staples brand products.
    Below Budget. Above Expectations.

   THANK YOU FOR SHOPPING AT STAPLES !

      Shop online at www.staples.com


       Shop Smarter. Get Rewarded.
    Staples Rewards members get up to 5%
back in Rewards in store only. $2 back in
Rewards per recycled ink cartridges. Up to
20 per month.Minimum purchase required.
Exclusions Apply.See an associate for
    full program details or to enroll.


       1 0 5 3 0 7 2 2 1 9 8 6 5 9 6 0 3

         10530722198659603

          Questions?
For more information about your purchase,

(904) 355-4190

07/23/19  01:10 PM

We are the one stop for all your
shipping, postal and business needs.

Track Your Packages at Our New Website!
www.theupsstorelocal.com/4509

|||||||||||||||||||||||||||||||||||||||||

001 500506 (030)          T1 $   1.00
    Computer Timeshare
002 037102 (010) ****S****  T1 $   9.60
    8.5X11 B/W         QTY 48
    Reg Unit Price    $   0.20

                    SubTotal  $  10.60
                  SalesTax (T1) $  0.75
                       Total  $  11.35

                  MASTERCARD  $  11.35
ACCOUNT NUMBER *    ***********9522
Appr Code: 033648  (I)  Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A0000000041010
TVR: 0000008000
TSI: E800
AC: 21902049B133F587
ARC: 00

Receipt ID 82078552803517888327 049 Items
CSH: Terry            Tran: 1965 Reg: 002

Track Your Packages at Our New Website !
www.theupsstorelocal.com/4509

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
JOIN OUR FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

---

221 N Hogan St
Jacksonville, FL 32202
(904) 355-4190

07/26/19  01:54 PM

We are the one stop for all your
shipping, postal and business needs.

Track Your Packages at Our New Website!
www.theupsstorelocal.com/4509

|||||||||||||||||||||||||||||||||||||||||

001 500506 (030)          T1 $   1.00
    Computer Timeshare
002 000001 (003)           T1 $  32.76
    Copies            QTY 84
    Reg Unit Price    $   0.39

                    SubTotal  $  33.76
                  SalesTax (T1) $  2.37
                       Total  $  36.13

                       Cash  $  36.13

Receipt ID 82078552842424888949 085 Items
CSH: Terry            Tran: 2727 Reg: 001

Track Your Packages at Our New Website !
www.theupsstorelocal.com/4509

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

Print Receipt

---

Order number: **1016624064840390**
Order date: **07/20/2019**
A confirmation of your order has been sent to **ashley@thecasaslawfirm.com**,
**mila@casaslawfirm.com**

**Your payment information:**
*VISA******8805*

Your order will be ready to pick up by **3:30 PM on Jul 20th, 2019** at **10400 San Jose Blvd, FL 32257**
You can reach the FedEx pickup location at **(904) 288-8380**

|  | Item Price | Quantity | Total |
|---|---|---|---|
| **Multi Sheet**<br>**03.01.17 Response to Subpoena - Jacksonville (1).pdf**<br>Save to My Online Documents | $10.35 | 3 | $31.05 |

|  |  |
|---|---|
| Promo Discount | $0.00 |
| Subtotal | $31.05 |
| Tax | $2.17 |
| **Total** | **$33.22** |



**HYATT REGENCY**

## HYATT REGENCY
### JACKSONVILLE RIVERFRONT
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

FC33
.40

INVOICE

Martin Buncher
P O Box 2147
Rancho Santa Fe, CA 92067
United States

| | |
|---|---|
| Room No. | 1448 |
| Arrival | 2019-07-24 |
| Departure | 2019-07-25 |
| Page No. | 1 of 1 |

Confirmation No.   3755862301

Group Name

| | |
|---|---|
| Folio Window | 1 |
| Folio No. | 28478952 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-24-2019 | Accommodation | 109.00 | |
| 07-24-2019 | City Surcharge | 1.09 | |
| 07-24-2019 | Occupancy Sales Tax | 7.71 | |
| 07-24-2019 | Occupancy City Tax | 6.61 | |
| 07-25-2019 | Visa                          XXXXXXXXXXXX1140 | | -124.41 |

| | Total | 124.41 | -124.41 |
|---|---|---|---|

Guest Signature

| Balance | 0.00 |
|---|---|

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part of
the full amount of these charges.

### World of Hyatt Summary

Membership: XXXXXX426M
Bonus Codes:
Qualifying Nights: 1
Eligible Spend: 109.00
Redemption Eligible: 15.41

Summary Invoice, please see front desk
for eligibility details.



FC33/40

**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

INVOICE

Stephen Chamberlin
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1408 |
| Arrival | 07-23-19 |
| Departure | 07-26-19 |

Confirmation No.   3670939312

Group Name

| | |
|---|---|
| Folio Window | 2 |
| Folio No. | 1152093 |

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 07-23-19 | Accommodation | | 159.00 | |
| 07-23-19 | City Surcharge | | 1.59 | |
| 07-23-19 | Occupancy Sales Tax | | 11.24 | |
| 07-23-19 | Occupancy City Tax | | 9.64 | |
| 07-24-19 | - Market Breakfast Food | Room# 1224 : CHECK# 11507 | 22.80 | |
| 07-24-19 | - SHOR Lunch Food | Room# 1224 : CHECK# 9305 | 14.77 | |
| 07-24-19 | Accommodation | | 139.00 | |
| 07-24-19 | City Surcharge | | 1.39 | |
| 07-24-19 | Occupancy Sales Tax | | 9.83 | |
| 07-24-19 | Occupancy City Tax | | 8.42 | |
| 07-25-19 | - Market Breakfast Food | Room# 1224 : CHECK# 10357 | 10.56 | |
| 07-25-19 | Visa | XXXXXXXXXXXX6943 XX/XX | | 388.24 |

| | Total | 388.24 | 388.24 |
|---|---|---|---|

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

| | Balance | 0.00 |
|---|---|---|

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start
earning points for stays, dining and more.
Visit www.worldofhyatt.com

Our goal is to provide every guest with an exceptional stay. Should you have any
customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com



*FL33/40*

**HYATT REGENCY
JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

INVOICE

Marsha Lund
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1532 |
| Arrival | 07-23-19 |
| Departure | 07-24-19 |
| Folio Window | 3 |

Confirmation No.   3670939310

Group Name

Folio No.   1152153

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-23-19 | Accommodation | 159.00 | |
| 07-23-19 | City Surcharge | 1.59 | |
| 07-23-19 | Occupancy Sales Tax | 11.24 | |
| 07-23-19 | Occupancy City Tax | 9.64 | |
| 07-25-19 | Guest Room Allowance | -181.47 | |

| | | |
|---|---|---|
| **Total** | 0.00 | 0.00 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start
earning points for stays, dining and more.
Visit www.worldofhyatt.com

Our goal is to provide every guest with an exceptional stay. Should you have any
customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com



**HYATT
REGENCY**®

**HYATT REGENCY
JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

*FL 33/40*

INVOICE

Laurie Romeo
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1604 |
| Arrival | 07-20-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.    3670939302

Group Name

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 07-20-19 | Accommodation | Romeo Laurie #1604=> HOLLY #1652 ▓▓ Holly #1652=>Romeo Laurie #1604 | 149.00 | |
| 07-20-19 | City Surcharge | Romeo Laurie #1604=> HOLLY #1652 ▓▓ Holly #1652=>Romeo Laurie #1604 | 1.49 | |
| 07-20-19 | Occupancy Sales Tax | Romeo Laurie #1604=> HOLLY #1652 ▓▓Holly #1652=>Romeo Laurie #1604 | 10.53 | |
| 07-20-19 | Occupancy City Tax | Romeo Laurie #1604=> HOLLY #1652 ▓▓ Holly #1652=>Romeo Laurie #1604 | 9.03 | |
| 07-21-19 | Accommodation | Routed From Romeo Laurie Of Room #1604 ▓▓Holly #1652=>Romeo Laurie #1604 | 149.00 | |
| 07-21-19 | City Surcharge | Routed From Romeo Laurie Of Room #1604 ▓▓ Holly #1652=>Romeo Laurie #1604 | 1.49 | |
| 07-21-19 | Occupancy Sales Tax | Routed From Romeo Laurie Of Room #1604 ▓▓ Holly #1652=>Romeo Laurie #1604 | 10.53 | |
| 07-21-19 | Occupancy City Tax | Routed From Romeo Laurie Of Room #1604 ▓▓Holly #1652=>Romeo Laurie #1604 | 9.03 | |
| 07-22-19 | Accommodation | Routed From Romeo Laurie Of Room #1604 ▓▓ Holly #1652=>Romeo Laurie #1604 | 149.00 | |
| 07-22-19 | City Surcharge | Routed From Romeo Laurie Of Room #1604 ▓▓ Holly #1652=>Romeo Laurie #1604 | 1.49 | |
| 07-22-19 | Occupancy Sales Tax | Routed From Romeo Laurie Of Room #1604 ▓▓ Holly #1652=>Romeo Laurie #1604 | 10.53 | |
| 07-22-19 | Occupancy City Tax | Routed From Romeo Laurie Of Room #1604 ▓▓Holly #1652=>Romeo Laurie #1604 | 9.03 | |
| 07-23-19 | Accommodation | Routed From Romeo Laurie Of Room #1604 ▓▓ Holly #1652=>Romeo Laurie #1604 | 149.00 | |



**HYATT REGENCY
JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

INVOICE

Laurie Romeo
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1604 |
| Arrival | 07-20-19 |
| Departure | 07-24-19 |

Confirmation No.    3670939302

Folio Window   1

Group Name

Folio No.

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 07-23-19 | City Surcharge | Routed From Romeo Laurie Of Room #1604 ▮▮▮ Holly #1652=>Romeo Laurie #1604 | 1.49 | |
| 07-23-19 | Occupancy Sales Tax | Routed From Romeo Laurie Of Room #1604 ▮▮▮Holly #1652=>Romeo Laurie #1604 | 10.53 | |
| 07-23-19 | Occupancy City Tax | Routed From Romeo Laurie Of Room #1604 ▮▮▮Holly #1652=>Romeo Laurie #1604 | 9.03 | |

| | | | |
|---|---|---|---|
| **Total** | | 680.20 | 0.00 |
| **Balance** | | 680.20 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Our goal is to provide every guest with an exceptional stay. Should you have any
customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start
earning points for stays, dining and more.
Visit www.worldofhyatt.com

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com



**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

*fl 33/40*

INVOICE

Jamie Middleton
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1045 |
| Arrival | 07-21-19 |
| Departure | 07-24-19 |

Confirmation No.   3670939306

| | |
|---|---|
| Folio Window | 1 |
| Folio No. | |

Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-21-19 | Accommodation | Routed From Middleton Jamie Of Room #1045 ▓▓ Holly #1652=>Middleton Jamie #1045 | 149.00 | |
| 07-21-19 | City Surcharge | Routed From Middleton Jamie Of Room #1045 ▓▓ Holly #1652=>Middleton Jamie #1045 | 1.49 | |
| 07-21-19 | Occupancy Sales Tax | Routed From Middleton Jamie Of Room #1045 ▓▓ Holly #1652=>Middleton Jamie #1045 | 10.53 | |
| 07-21-19 | Occupancy City Tax | Routed From Middleton Jamie Of Room #1045 ▓▓Holly #1652=>Middleton Jamie #1045 | 9.03 | |
| 07-22-19 | Accommodation | Routed From Middleton Jamie Of Room #1045 .▓▓ Holly #1652=>Middleton Jamie #1045 | 149.00 | |
| 07-22-19 | City Surcharge | Routed From Middleton Jamie Of Room #1045 ▓▓ Holly #1652=>Middleton Jamie #1045 | 1.49 | |
| 07-22-19 | Occupancy Sales Tax | Routed From Middleton Jamie Of Room #1045 ▓▓Holly #1652=>Middleton Jamie #1045 | 10.53 | |
| 07-22-19 | Occupancy City Tax | Routed From Middleton Jamie Of Room #1045 ◄▓▓ Holly #1652=>Middleton Jamie #1045 | 9.03 | |
| 07-23-19 | Accommodation | Routed From Middleton Jamie Of Room #1045 ▓▓ Holly #1652=>Middleton Jamie #1045 | 149.00 | |
| 07-23-19 | City Surcharge | Routed From Middleton Jamie Of Room #1045 ▓▓Holly #1652=>Middleton Jamie #1045 | 1.49 | |
| 07-23-19 | Occupancy Sales Tax | Routed From Middleton Jamie Of Room #1045 ▓▓ Holly #1652=>Middleton Jamie #1045 | 10.53 | |
| 07-23-19 | Occupancy City Tax | Routed From Middleton Jamie Of Room #1045 ▓▓Holly #1652=>Middleton Jamie #1045 | 9.03 | |

| | | | | |
|---|---|---|---|---|
| | | **Total** | 510.15 | 0.00 |



**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

INVOICE

Jamie Middleton
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1045 |
| Arrival | 07-21-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.   3670939306

Group Name

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**Balance** 510.15

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more.
Visit www.worldofhyatt.com

Our goal is to provide every guest with an exceptional stay. Should you have any customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com



**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

*fc33/40*

INVOICE

Sara Underwood
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 0815 |
| Arrival | 07-22-19 |
| Departure | 07-24-19 |

Confirmation No.   3670939307
Group Name

Folio Window   1
Folio No.

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-22-19 | Accommodation | Routed From Underwood Sara Of Room #0815 ▮▮▮ Holly #1652=>Underwood Sara #0815 | 159.00 | |
| 07-22-19 | City Surcharge | Routed From Underwood Sara Of Room #0815 ▮▮▮ Holly #1652=>Underwood Sara #0815 | 1.59 | |
| 07-22-19 | Occupancy Sales Tax | Routed From Underwood Sara Of Room #0815 ▮▮▮ Holly #1652=>Underwood Sara #0815 | 11.24 | |
| 07-22-19 | Occupancy City Tax | Routed From Underwood Sara Of Room #0815 ▮▮▮ Holly #1652=>Underwood Sara #0815 | 9.64 | |

| | | |
|---|---|---|
| **Total** | 181.47 | 0.00 |
| **Balance** | 181.47 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of these charges.

### World of Hyatt Summary

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Our goal is to provide every guest with an exceptional stay. Should you have any customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com



**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

*FC33/40*

INVOICE

Paola Canas
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1602 |
| Arrival | 07-22-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.   3670939303
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-22-19 | Accommodation | Routed From Canas Paola Of Room #1602 ▮▮▮ Holly #1652=>Hayenga Ingrid #1602 Hayenga Ingrid #1602=>▮▮▮ Holly #1652 ▮▮▮ Holly #1652=>Canas Paola #1602 | 159.00 | |
| 07-22-19 | City Surcharge | Routed From Canas Paola Of Room #1602 ▮▮▮ Holly #1652=>Hayenga Ingrid #1602 Hayenga Ingrid #1602=>▮▮▮ Holly #1652 ▮▮▮ Holly #1652=>Canas Paola #1602 | 1.59 | |
| 07-22-19 | Occupancy Sales Tax | Routed From Canas Paola Of Room #1602 ▮▮▮ Holly #1652=>Hayenga Ingrid #1602 Hayenga Ingrid #1602=>▮▮▮ Holly #1652 ▮▮▮ Holly #1652=>Canas Paola #1602 | 11.24 | |
| 07-22-19 | Occupancy City Tax | Routed From Canas Paola Of Room #1602 ▮▮▮ Holly #1652=>Hayenga Ingrid #1602 Hayenga Ingrid #1602=>▮▮▮ Holly #1652 ▮▮▮ Holly #1652=>Canas Paola #1602 | 9.64 | |
| 07-23-19 | Accommodation | Routed From Canas Paola Of Room #1602 ▮▮▮ Holly #1652=>Hayenga Ingrid #1602 Hayenga Ingrid #1602=>▮▮▮ Holly #1652 ▮▮▮ Holly #1652=>Canas Paola #1602 | 159.00 | |
| 07-23-19 | City Surcharge | Routed From Canas Paola Of Room #1602 ▮▮▮ Holly #1652=>Hayenga Ingrid #1602 Hayenga Ingrid #1602=>▮▮▮ Holly #1652 ▮▮▮ Holly #1652=>Canas Paola #1602 | 1.59 | |
| 07-23-19 | Occupancy Sales Tax | Routed From Canas Paola Of Room #1602 ▮▮▮ Holly #1652=>Hayenga Ingrid #1602 | 11.24 | |



**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

INVOICE

Paola Canas
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1602 |
| Arrival | 07-22-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |

Confirmation No.   3670939303

Group Name

Folio No.

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-23-19 | Occupancy City Tax | Hayenga Ingrid #1602=> Holly #1652 Holly #1652=>Canas Paola #1602  Routed From Canas Paola Of Room #1602 Holly #1652=>Hayenga Ingrid #1602 Hayenga Ingrid #1602=> Holly #1652 Holly #1652=>Canas Paola #1602 | 9.64 | |

| | | | |
|---|---|---|---|
| Total | | 362.94 | 0.00 |
| Balance | | 362.94 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

Our goal is to provide every guest with an exceptional stay. Should you have any customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com



**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

*FL33/40*

INVOICE

Brooke Taylorjohnson
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1210 |
| Arrival | 07-23-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.    3670939304

Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-23-19 | Accommodation | Routed From Taylorjohnson Brooke Of Room #1210 ~~____~~ Holly #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Taylorjohnson Brooke #1210 | 159.00 | |
| 07-23-19 | City Surcharge | Routed From Taylorjohnson Brooke Of Room #1210 ~~____~~ Holly #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Taylorjohnson Brooke #1210 | 1.59 | |
| 07-23-19 | Occupancy Sales Tax | Routed From Taylorjohnson Brooke Of Room #1210 ~~____~~ Holly #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Taylorjohnson Brooke #1210 | 11.24 | |
| 07-23-19 | Occupancy City Tax | Routed From Taylorjohnson Brooke Of Room #1210 ~~____~~ Holly #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Murphy Mason #1210 Murphy Mason #1210=>Lodge Sam A #1652  Lodge Sam A #1652=>Taylorjohnson Brooke | 9.64 | |



**HYATT REGENCY
JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

INVOICE

Brooke Taylorjohnson
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1210 |
| Arrival | 07-23-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |
| Folio No. | |

Confirmation No.   3670939304
Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| | #1210 | | |

| | | |
|---|---|---|
| **Total** | 181.47 | 0.00 |
| **Balance** | 181.47 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Our goal is to provide every guest with an exceptional stay. Should you have any customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com


# HYATT REGENCY®

**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

*KL33/40*

**INVOICE**

Jessica Burciaga
225 East Coast Line Drive
Jacksonville FL 32202

Confirmation No.   3670939305

Group Name

| | |
|---|---|
| Room No. | 1265 |
| Arrival | 07-21-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |
| Folio No. | 1151660 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-21-19 | Accommodation | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 149.00 | |
| 07-21-19 | City Surcharge | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 1.49 | |
| 07-21-19 | Occupancy Sales Tax | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 10.53 | |
| 07-21-19 | Occupancy City Tax | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 9.03 | |
| 07-22-19 | Accommodation | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 149.00 | |
| 07-22-19 | City Surcharge | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 1.49 | |
| 07-22-19 | Occupancy Sales Tax | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 10.53 | |
| 07-22-19 | Occupancy City Tax | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 9.03 | |
| 07-23-19 | - Market Breakfast Food | Room# 1265 : CHECK# 11239 | 5.99 | |
| 07-23-19 | - Market Breakfast Food | Room# 1265 : CHECK# 11248 | 11.35 | |
| 07-23-19 | - Tavern Dinner Beverage | Room# 1265 : CHECK# 5232 | 20.85 | |
| 07-23-19 | Accommodation | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 149.00 | |
| 07-23-19 | City Surcharge | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 1.49 | |
| 07-23-19 | Occupancy Sales Tax | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 10.53 | |
| 07-23-19 | Occupancy City Tax | Routed From Burciaga Jessica Of Room #1265 ▓▓▓ Holly #1652=>Burciaga Jessica #1265 | 9.03 | |



HYATT
REGENCY®

**HYATT REGENCY**
**JACKSONVILLE RIVERFRONT**
225 East Coastline Drive
Jacksonville, FL 32202
Tel: 904-588-1234
Fax: 904-634-4554
www.jacksonville.hyatt.com

INVOICE

Jessica Burciaga
225 East Coast Line Drive
Jacksonville FL 32202

| | |
|---|---|
| Room No. | 1265 |
| Arrival | 07-21-19 |
| Departure | 07-24-19 |
| Folio Window | 1 |
| Folio No. | 1151660 |

Confirmation No.    3670939305
Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-24-19 | - Market Breakfast Food | Room# 1265 : CHECK# 10189 | 16.16 | |
| 07-24-19 | Visa | XXXXXXXXXXXX0902 XX/XX | | 54.35 |

| | | | |
|---|---|---|---|
| **Total** | | ~~564.50~~ | 54.35 |
| **Balance** | | 510.15 | |

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start earning points for stays, dining and more. Visit www.worldofhyatt.com

Our goal is to provide every guest with an exceptional stay. Should you have any customer service feedback, please email us at qualityjaxrj@hyatt.com

For inquiries concerning your bill please call 855-869-0846

Please remit payment to:
Hyatt Regency Jacksonville Riverfront
P O Box 203686
Dallas TX 75320-3686
Email: moore.jaxrjaccounting@hyatt.com

*FL 33*
*IL 40*



**LEGAL ARTS.**
1979 **40** 2019

Legal Arts, Inc. • Visual Communication for Litigation • www.legalarts.com
3755 Avocado Blvd., #207, La Mesa, CA 91941 • Direct: 619.316.5672

30 July 2019                                                                                    Invoice 6989-01

Joseph N. Casas, Esq.                                                         Via email: Joseph@casaslawfirm.com
The Casas Law Firm, PC
402 West Broadway, Suite 400
San Diego, CA 92101

Re:   Paola Cañas, Lina Posada, Jessica Burciaga, Jaime Edmondson, and Rosie Jones v.
      Flash Dancers, Inc. d/b/a Flash Dancers and Michael Tomkovich

      Brooke Taylor a/k/a Brooke Johnson, Laurie Ann Young, Malu Lund, Sara Underwood, and
      Jamie Eason a/k/a Jaime Middleton v. M.T. Productions in Jacksonville, Inc. d/b/a Thee
      Officers Club, and Michael Tomkovich

**Professional services rendered 12 July 2019 – 21 July 2019**

    a.   Creative consultation with attorneys and client (task codes 111 & 112)
        2.0 hours @ $195

    b.   Review client-furnished reports and materials; Internet research for source materials
        (task code 121)
        9.7 hours @ $195

    c.   Concept development, graphic design of demonstrative exhibits (task codes 132 & 212)
        57.0 hours @ $195

    d.   Project management (task code 131)
        1.1 hours

        **Total: 69.8 hours @ $195.00**                                    **$13,611.00**

See following pages for itemized description.

**Please make check payable to:**

**Legal Arts, Inc.**
3755 Avocado Blvd., #207
La Mesa, CA 91941

Federal Tax Id No. 20-8599839

**6989 Time & Charges - Cañas et al v. Tomkovich et al.**

| Date | Code | Description | In | Out | Total | Billable? | Rate | Totals | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/19 | 212 | Download and review client-furnished source materials; prepared cleaned-up original ("OC") layouts, prepare retouched and new layout version for Ex. A, Cañas ("NL"); correspondence with counsel J. Casas and P. Hamm | 1450 | 1648 | 2.0 | X | $195 | 2.0 | $ 390.00 | $ 390.00 |
| 7/13/19 | 212 | Update new layouts and improve existing images for Exs. A-E (Canas, Posada (x3), Burciaga, Edmondson, and Jones); correspondence with client | 0748 | 1000 | 2.2 | X | $195 | 4.2 | $ 429.00 | $ 819.00 |
| 7/15/19 | 111 | Meet with Peter Hamm: obtain higher quality model images and additional documents; discuss trial strategy and concepts to discuss with trial counsel | 1200 | 1300 | 1.0 | X | $195 | 5.2 | $ 195.00 | $ 1,014.00 |
|  | 132 | Correspondence with J. Casas re discussion; describe objectives and concepts | 1326 | 1436 | 1.2 | X | $195 | 6.4 | $ 234.00 | $ 1,248.00 |
|  |  |  | 1600 | 1647 | 0.8 | X | $195 | 7.2 | $ 156.00 | $ 1,404.00 |
|  | 212 | High-resolution (600 dpi) scanning of client-furnished originals; compile into high-res and low-res collections; send to client and counsel for review | 1726 | 2036 | 3.2 | X | $195 | 10.4 | $ 624.00 | $ 2,028.00 |
| 7/16/19 | 131 | Project management: upload photo scan collection to cloud server; correspondence with client and counsel (send cloud download link); update daily burn report to client; file management | 0900 | 0917 | 0.3 | X | $195 | 10.7 | $ 58.50 | $ 2,086.50 |
|  | 121 | Review client-furnished documentary evidence for plaintiffs Burciaga, Canas, Eason, Edmindson-Longoria, and Taylor in preparation for teleconference with trial counsel | 0917 | 0934 | 0.3 | X | $195 | 11.0 | $ 58.50 | $ 2,145.00 |
|  | 112 | Teleconference with J. Casas and P. Jamm re graphics concepts and work to concentrate on | 1130 | 1157 | 0.4 | X | $195 | 11.4 | $ 78.00 | $ 2,223.00 |
|  | 121 | Download and review client-furnished documentary evidence; Internet research of defendant properties for source imagery; correspondence with client and counsel re opinion about using/foundation for "scandalous" imagery | 1157 | 1417 | 2.3 | X | $195 | 13.7 | $ 448.50 | $ 2,671.50 |
|  |  | Review expert report of Stephen Chamberlin; prepare excerpted review notes in preparation for developing demonstrative exhibit concepts related to industry standards, protocols, and damages | 1541 | 1701 | 1.3 | X | $195 | 15.0 | $ 253.50 | $ 2,925.00 |
|  |  | Review expert report of Stephen Chamberlin; prepare excerpted review notes in preparation for developing demonstrative exhibit concepts related to industry standards, protocols, and damages; create model profiles from Chamberlin report; Internet search for images and music video still-frames for models Canas and Posada | 1734 | 1913 | 1.7 | X | $195 | 16.7 | $ 331.50 | $ 3,256.50 |
|  |  | Internet search for images and music video still-frames for models Canas, Burciaga, and Edmondson-Longoria | 2003 | 2253 | 2.8 | X | $195 | 19.5 | $ 546.00 | $ 3,802.50 |
| 7/17/19 | 132 | Internet search for images and music video still-frames for models Jones, Johnson, and Young (Chamberlin expert report) | 0537 | 0803 | 2.4 | X | $195 | 21.9 | $ 468.00 | $ 4,270.50 |
|  |  | Internet search for images and music video still-frames for models Young and Lund (Chamberlin expert report) | 0837 | 1018 | 1.7 | X | $195 | 23.6 | $ 331.50 | $ 4,602.00 |
|  |  | Internet search for images and music video still-frames for models Underwood, Eason-Middleton (Chamberlin expert report) | 1039 | 1248 | 2.2 | X | $195 | 25.8 | $ 429.00 | $ 5,031.00 |
|  | 121 | Review expert report of Martin Buncher; prepare excerpted review notes in preparation for developing demonstrative exhibit concepts related to public perception of defendants' ads featuring plaintiffs, and the likelihood of confusion plaintiffs endorsed defendants causing them to be perceived unfavorably | 1307 | 1404 | 0.9 | X | $195 | 26.7 | $ 175.50 | $ 5,206.50 |
|  |  |  | 1616 | 1636 | 0.3 | X | $195 | 27.0 | $ 58.50 | $ 5,265.00 |
|  | 212 | Design master PowerPoint template and opening slide introducing plaintiffs with headshots (0001R01) | 1636 | 1856 | 2.3 | X | $195 | 29.3 | $ 448.50 | $ 5,713.50 |
|  |  | Design Sara Underwood intro slide (0002R01) | 1920 | 2010 | 0.8 | X | $195 | 30.1 | $ 156.00 | $ 5,869.50 |
|  |  | Update Sara Underwood intro slide (0002R02); draft new Jamie Eason intro slide (0003R01) | 2039 | 2113 | 0.6 | X | $195 | 30.7 | $ 117.00 | $ 5,986.50 |
|  |  | Update master plaintiffs' slide (0001R02) and Eason intro slide (0003R02) | 2113 | 2147 | 0.6 | X | $195 | 31.3 | $ 117.00 | $ 6,103.50 |
|  | 112 | Correspondence with trial team about graphics protocols | 2147 | 2203 | 0.3 | X | $195 | 31.6 | $ 58.50 | $ 6,162.00 |
|  | 212 | Design Malu (Masha) Lund intro slide (0004R01) | 2203 | 2249 | 0.8 | X | $195 | 32.4 | $ 156.00 | $ 6,318.00 |
| 7/18/19 | 212 | Design Brooke Taylor-Johnson intro slide (0005R01) | 0655 | 0725 | 0.5 | X | $195 | 32.9 | $ 97.50 | $ 6,415.50 |
|  |  | Prepare master plaintiffs compilation; design Jessia Burciaga intro slide (0006R01) | 0725 | 0813 | 0.8 | X | $195 | 33.7 | $ 156.00 | $ 6,571.50 |
|  |  | Design Paola Cañas intro slide (0007R01) | 0813 | 0840 | 0.5 | X | $195 | 34.2 | $ 97.50 | $ 6,669.00 |
|  |  | Design Laurie Ann Young intro slide (0008R01) | 0840 | 0901 | 0.4 | X | $195 | 34.6 | $ 78.00 | $ 6,747.00 |
|  |  | Design Lina Posada intro slide (0009R01); update master plaintiffs PowerPoint and PDF | 0901 | 1032 | 1.5 | X | $195 | 36.1 | $ 292.50 | $ 7,039.50 |
|  |  | Design Jaime Edmondson-Longoria intro slide (0010R01) and Rosie Jones intro slide (0011R01); update all plaintiff slides with new You Tube viewer stats; QC and tweak final compilation; distribute to trial team by email and LA Cloud; teleconference with P. Hamm re scheduling | 1059 | 1444 | 3.8 | X | $195 | 39.9 | $ 741.00 | $ 7,780.50 |
|  |  | Revise plaintiffs series color coding per instructions from J. Casas (0001R04); upload new PDF to cloud server; distribute server hyperlink and lo-res version to trial team via email | 1629 | 1654 | 0.4 | X | $195 | 40.3 | $ 78.00 | $ 7,858.50 |
|  |  | Design background information slides for experts Stephen Chamberlin (0012R01) and Martin Buncher (0013R01) | 1654 | 1748 | 0.9 | X | $195 | 41.2 | $ 175.50 | $ 8,034.00 |
|  |  | Design White Book documentary exhibit demonstratives describing basis for charging day rates for website and Internet usage (0014R01, 0015R01, 0016R01) | 1840 | 2035 | 1.9 | X | $195 | 43.1 | $ 370.50 | $ 8,404.50 |
|  |  | Design Chamberlin topic series: normal engagement negotiation (0017R01); rate factors (0018R01); pricing factors (0019R01); presumptions (0020R01) | 2035 | 2114 | 0.7 | X | $195 | 43.8 | $ 136.50 | $ 8,541.00 |

| Date | Code | Description | Start | End | Hrs | X | Rate | | Amount | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Update plaintiff series to delete intermediate 10-up slides (0001R05); send to J. Casas by email | 2127 | 2133 | 0.1 | X | $195 | 43.9 | $ 19.50 | $ | 8,560.50 |
| 7/19/19 | 212 | Design Chamberlin proper-engagement negotiation series (0017R01) | 0537 | 0705 | 1.5 | X | $195 | 45.4 | $ 292.50 | $ | 8,853.00 |
| | | Design Chamberlin proper-engagement rate factors series (0018R01) | 0715 | 0900 | 1.8 | X | $195 | 47.2 | $ 351.00 | $ | 9,204.00 |
| | | Design Chamberlin proper-engagement pricing factors series (0019R01) | 1009 | 1137 | 1.5 | X | $195 | 48.7 | $ 292.50 | $ | 9,496.50 |
| | | Design Chamberlin industry proper-engagement pricing factors series (0020R01) | 1137 | 1204 | 0.5 | X | $195 | 49.2 | $ 97.50 | $ | 9,594.00 |
| | 131 | Send PDF and PowerPoint collection of Chamberlin demonstratives to J. Casas for review (0012R01, 0014-R01-0020R01) | 1204 | 1233 | 0.5 | X | $195 | 49.7 | $ 97.50 | $ | 9,691.50 |
| | 212 | Design Chamberlin Methodology to Establish Fair Market Value graphic (0022R01) | 1233 | 1250 | 0.3 | X | $195 | 50.0 | $ 58.50 | $ | 9,750.00 |
| | 131 | Post today's work-in-progress for client access (0012, 0014-0021) | 1325 | 1413 | 0.8 | X | $195 | 50.8 | $ 156.00 | $ | 9,906.00 |
| | 212 | Design Chamberlin Methodology to Establish Fair Market Value graphics (0022R01, 0023R01) | 1413 | 1419 | 0.1 | X | $195 | 50.9 | $ 19.50 | $ | 9,925.50 |
| | 131 | Minor corrections to master plaintiff's intro (0001R06); correspondence with J. Casas re revisions and sending drafts of FMV methodology (0022R01, 0023R01) | 1419 | 1520 | 1.0 | X | $195 | 51.9 | $ 195.00 | $ | 10,120.50 |
| | 212 | Update master plaintiff's intro (0001R07) with additional slides comprising family photos and unauthorized images; upload to cloud server; correspondence with J. Casas | 1520 | 1536 | 0.3 | X | $195 | 52.2 | $ 58.50 | $ | 10,179.00 |
| | | Design Chamberlin damages summary (0024R01) | 1655 | 1842 | 1.8 | X | $195 | 54.0 | $ 351.00 | $ | 10,530.00 |
| | | | 1906 | 2114 | 2.1 | X | $195 | 56.1 | $ 409.50 | $ | 10,939.50 |
| 7/20/19 | 121 | Review opening statement draft by J. Casas | 0607 | 0615 | 0.1 | X | $195 | 56.2 | $ 19.50 | $ | 10,959.00 |
| | 212 | Design opening slide re "likeness ~ TM = control" (0025R01) | 0615 | 0636 | 0.3 | X | $195 | 56.5 | $ 58.50 | $ | 11,017.50 |
| | | Design opening slide of defendants (0026R01), including Internet research for Tomkovich photo | 0636 | 0647 | 0.2 | X | $195 | 56.7 | $ 39.00 | $ | 11,056.50 |
| | | Design opening slides re "defendants" (0026R01); "statutes" (0027R01); and introduction slides for experts Chamberlin (0028R01) and Buncher (0029R01); requested findings by jury (0030R01); compile draft opening deck and send to J. Casas for review | 0701 | 0909 | 2.1 | X | $195 | 58.8 | $ 409.50 | $ | 11,466.00 |
| | 131 | Upload opening statement PowerPoint deck v.1 to cloud server; send download link to J. Casas | 0947 | 0954 | 0.1 | X | $195 | 58.9 | $ 19.50 | $ | 11,485.50 |
| | 212 | Compile Chamberlin PowerPoint series; send by email to J. Casas | 1004 | 1023 | 0.3 | X | $195 | 59.2 | $ 58.50 | $ | 11,544.00 |
| | | Design Defendants' opportunity checklist slide (0032R01) | 1023 | 1100 | 0.6 | X | $195 | 59.8 | $ 117.00 | $ | 11,661.00 |
| | | Design properly negotiated contracts compilation (0033R01) | 1100 | 1135 | 0.6 | X | $195 | 60.4 | $ 117.00 | $ | 11,778.00 |
| | | Design licensing benefits slide (0034R01) | 1135 | 1233 | 1.0 | X | $195 | 61.4 | $ 195.00 | $ | 11,973.00 |
| | | Design permission checklist (0035R01) | 1233 | 1253 | 0.3 | X | $195 | 61.7 | $ 58.50 | $ | 12,031.50 |
| | | Design royalties-not-paid list (0036R01) | 1253 | 1318 | 0.4 | X | $195 | 62.1 | $ 78.00 | $ | 12,109.50 |
| | 112 | Correspondence with J. Casas; send work-in-progress for review; final QC through 0036 | 1318 | 1335 | 0.3 | X | $195 | 62.4 | $ 58.50 | $ | 12,168.00 |
| | 212 | Design Buncher survey methodology graphic (0037R01) | 1405 | 1658 | 2.9 | X | $195 | 65.3 | $ 565.50 | $ | 12,733.50 |
| | | Design Buncher's analysis and first impressions graphics (0038R01) | 1751 | 1928 | 1.6 | X | $195 | 66.9 | $ 312.00 | $ | 13,045.50 |
| | | Design Buncher's conclusions graphics (0039R01) | 1928 | 1945 | 0.3 | X | $195 | 67.2 | $ 58.50 | $ | 13,104.00 |
| | | Reduce image sizes/file size for 0037R01; assemble master Buncher compilation; post to cloud server and send link to J. Casas | 1945 | 2016 | 0.5 | X | $195 | 67.7 | $ 97.50 | $ | 13,201.50 |
| 7/21/19 | 131 | QC Chamberlin and Buncher series, opening series, and supplementary graphics, create PDF versions, upload compressed PowerPoint/PDF groupings to cloud server; send links in one email to J. Casas and P. Hamm, per request | 0809 | 0949 | 1.7 | X | $195 | 69.4 | $ 331.50 | $ | 13,533.00 |
| | 212 | Design South East Showclubs promotional materials PowerPoint slides: four SES clubs (0040R01); 2012-2013 SES VIP card (0041R01); SES-Gold Club van (0042R01); send native PowerPoint and high-res PDF files to trial team via email | 1555 | 1619 | 0.4 | X | $195 | 69.8 | $ 78.00 | $ | 13,611.00 |

| Code | Description | Hrs | Amount |
|---|---|---|---|
| 111 | Creative consultation with attorneys and client | 1.0 | $ 195.00 |
| 112 | Client and expert communications | 1.0 | $ 195.00 |
| 121 | Review reports, write reports, research | 9.7 | $ 1,891.50 |
| 131 | Project Management | 1.1 | $ 214.50 |
| 132 | Creative development | 8.3 | $ 1,618.50 |
| 212 | Graphic design & illustration | 48.7 | $ 9,496.50 |
| | | 69.8 | $ 13,611.00 |